STATE OF NEW JERSEY v. FRANK CATTARASA.

July 7, 1981.

Petition for certification denied.

WAYNE C. POMANOWSKI v. MONMOUTH COUNTY BOARD
OF REALTORS.

July 7, 1981.

Certification to Superior Court, Chancery Division granted.

IN THE MATTER OF THE APPLICANTS MARIA MARTIN,
MARTHA STRETTON, ALDONA MIDDLESWORTH AND
JOSEPH PALLONE, FOR RELIEF.

July 7, 1981.

Certification to Casino Control Commission granted.

STATE OF NEW JERSEY v. JAMES CRAWLEY, RANDALL
BECK, CORNELL DANIELS AND ELIZER MARTINEZ.

July 7, 1981.

Certification to Superior Court, Law Division granted.